## HUGHIE REYNOLDS v. STATE.

No. A-6022. Opinion Filed Oct. 30, 1926.
(249 Pac. 1117.)

L. M. Gensman, for plaintiff in error.

PER CURIAM. Hughie Reynolds was convicted of an assault and battery, and he appeals. The plaintiff in error has filed his motion to dismiss the appeal, and upon consideration thereof the motion is allowed, and

the appeal dismissed, and a mandate order issued, with instructions to execute the judgment rendered in the trial court, in accordance with its terms.